# DISTRICT OF COLUMBIA COURT OF APPEALS

| | | | | |
|---|---|---|---|---|
| Ewumi v. U.S. | 14-CF-1009 | 05/26/2017 | Affirmed | Jackson |
| Younger v. U.S. | 16-CM-33 | 05/26/2017 | Affirmed | Lopez |
| Scales v. U.S. | 15-CF-1077 | 05/25/2017 | Affirmed and Remanded in part | Morin |
| Bonilla v. U.S. | 15-CM-652 | 05/25/2017 | Affirmed | McCabe |
| Fort Myer Construction Corp v. Does/Michael Haire | 16-AA-280 | 05/25/2017 | Vacated and Remanded | Compensation Review Board |
| Brown v. U.S. | 15-CF-783 | 05/19/2017 | Affirmed | Edelman |
| Togba v. Community Multi Services, Inc. | 15-AA-568 | 05/17/2017 | Reversed | Office of Administrative Hearings |
| Chappelle v. U.S. | 16-CM-202 | 05/17/2017 | Affirmed | Bayly, Jr. |
| Rivers v. U.S. | 16-CM-248 | 05/17/2017 | Affirmed | Mitchell-Rankin |
| Farmer-Celey v. TCB Fairlawn Marshall Housing | 16-CV-256 | 05/17/2017 | Affirmed | Mott |
| Al-Khatawi v. Does/Hersons Glass Co. CAN Ins. Co. | 16-AA-576 | 05/15/2017 | Affirmed | Compensation Review Board |
| Wilkins v. U.S. | 15-CM-1370 | 05/12/2017 | Affirmed | Saddler |
| Jackson v. DC Office of Employee Appeals | 15-CV-993 | 05/12/2017 | Remanded | Cordero |
| Elamin v. U.S. | 14-CF-1134 | 05/11/2017 | Affirmed | Jackson |
| Carlton v. U.S. | 14-CF-466 | 05/11/2017 | Affirmed | Leibovitz |
| Moore v. Does/Marshall Heights Community Dev. Organization, Inc. | 15-AA-1293 | 05/11/2017 | Remanded | Compensation Review Board |